```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
AULT LENDING LLC,                         :        26cv2037 (DLC)
                                          :
                          Plaintiff,      :        ORDER
                                          :
            -v-                           :
                                          :
UNIQUE ELECTRIC SOLUTIONS, INC. and       :
JOSEPH AMBROSIO,                          :
                                          :
                          Defendants.     :
                                          :
------------------------------------------X
                                          :
UNIQUE ELECTRIC SOLUTIONS, INC.,          :
                                          :
                  Counter-Plaintiff,      :
                                          :
            -v-                           :
                                          :
AULT LENDING LLC and HYPERSCALE DATA,     :
INC.,                                     :
                                          :
                  Counterclaim Defendants.:
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On April 14, 2026, defendant Joseph Ambrosio filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. That same day, Defendant Unique Electric Solutions, Inc. ("UES") filed an Answer and asserted six counterclaims against plaintiff Ault Lending, LLC ("Ault") and its parent company, Hyperscale Data, Inc ("Hyperscale"). Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a

motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that Ault shall file any amended complaint by **May 5, 2026**.  It is unlikely that Ault will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Ault shall file any opposition to the motion to dismiss by **May 5, 2026**.  Ambrosio's reply, if any, shall be filed by **May 19, 2026**.  At the time any reply is filed, Ambrosio shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, under Rule 12(a)(1)(B), Fed. R. Civ. P., Ault and Hyperscale shall reply to the counterclaims asserted against them within 21 days of being served with UES's pleading.

Dated:    New York, New York
          April 15, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge

2