# WELTZLAW
### WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP

**1 OLD COUNTRY ROAD, SUITE 275**
**CARLE PLACE, NEW YORK 11514**
**T: (516) 320-6945 | rvolynsky@weltz.law | www.weltz.law**

April 23, 2026

*The schedule is approved.*
*The conference is adjourned to*
*7/2/26 at 3³⁰ p.m.   Denise Cote*
*4/24/26*

**Via ECF**
Hon. Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

> Re:   Ault Lending, LLC (f/k/a Digital Power Lending, LLC) v. Unique
> Electric Solutions, Inc. and Joseph Ambrosio, No. 1:26-CV-02037-DLC

Dear Judge Cote:

The undersigned represents Plaintiff/Counterclaim-Defendant Ault Lending, LLC f/k/a Digital Power Lending, LLC ("Ault Lending") and Counterclaim-Defendant Hyperscale Data, Inc. f/k/a Ault Alliance, Inc. ("Hyperscale Data") in the above-referenced matter.  Pursuant to Your Honor's Individual Practices In Civil Cases, §1(D), the undersigned, on behalf of Ault Lending and  Hyperscale Data, as well as counsel for Defendant/Counterclaim-Plaintiff Unique Electric Solutions, Inc. ("UES") and Defendant Joseph Ambrosio ("Ambrosio"), respectfully submit this joint letter motion seeking an adjournment of the Initial Case Management Conference that is currently scheduled for May 14, 2026, as well as certain other related deadlines.

On April 14, 2026, Ambrosio filed a motion to dismiss seeking to dismiss the sole count of the Complaint asserted against him and UES filed an Answer and Counterclaims against Ault Lending and Hyperscale Data.

On April 22, 2026, the undersigned accepted service, via e-mail, of the Summons and Answer and Counterclaims on behalf of Hyperscale Data.

Ault Lending has advised all parties that it intends to file a First Amended Complaint on or before May 5, 2026.  In addition, Ault Lending and Hyperscale Data have advised that they intend to move to dismiss the Counterclaims, as presently configured.  The current deadlines for Ault Lending and Hyperscale Data to respond to the Counterclaims are May 5, 2026 and May 14, 2026, respectively.

In an effort to conserve party and judicial resources, and to avoid overlapping filings, the parties have conferred and propose the following schedule:

- On or before May 5, 2026, Ault Lending shall file its First Amended Complaint ("FAC");

- On or before May 26, 2026, Ambrosio shall file his responsive pleading to the FAC;

Case 1:26-cv-02037-DLC   Document 25   Filed 04/23/26   Page 2 of 2

Hon. Denise L. Cote, U.S.D.J.
April 23, 2026
Page 2

- On or before May 26, 2026, UES shall file its responsive pleading to the FAC, including any new or reasserted Counterclaims, if any;

- On or before June 16, 2026, Ault Lending and Hyperscale Data shall file their respective Answers to the Counterclaims, or an omnibus motion to dismiss.

In light of the foregoing, the parties respectfully request that the Initial Case Management Conference be adjourned to a date in June that the Court is available (save for June 2-5, 9-12, 16-17 and 24, 2026), or to such other time as the Court is available.

This is the parties' first request for an adjournment of the Initial Case Management Conference and for extensions of time for the parties' respective pleadings.

We thank the Court for its time and consideration and remain available should the Court require any further information.

Respectfully submitted,

/s/ Robert Volynsky

Robert B. Volynsky


cc:     Counsel of Record (via ECF)